FILED
2006 Dec-01 PM 01:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

STANLEY EUGENE PERMENTER,   )
                                                          )
          Plaintiff     )
                                                          )
vs.                                                    )     Case No. 4:06-cv-01070-WMA
                                                          )
MARK SANDERS, et al.,                     )
                                                          )
          Defendants  )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 17, 2006, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff filed objections to the report and recommendation on November 7, 2006.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and hereby is

---

[1] Included with the plaintiff's objections is an alternative motion to amend the complaint. However, the additional allegations set forth in the motion would not change the court's findings. Accordingly, the motion (Doc. #9) is DENIED as MOOT.

ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

The Clerk is DIRECTED to serve a copy of this order upon the plaintiff.

DONE this 1st day of December, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE